# United States Court of Appeals
## For the Eighth Circuit

_____

No. 21-1346
_____

Michael Romeo Geraci

*Petitioner - Appellant*

v.

United States of America

*Respondent - Appellee*

Ned Wohlman

*Respondent*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: May 26, 2021
Filed: June 1, 2021
[Unpublished]
_____

Before GRUENDER, WOLLMAN, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

Michael Romeo Geraci appeals following the district court's[1] dismissal of his 28 U.S.C. § 2241 petition, in which he challenged certain Bureau of Prisons disciplinary proceedings and the recalculation of his projected release date. Having reviewed the record, we conclude that the case is now moot. Geraci was released from prison while this appeal was pending, and so a ruling in his favor would have no effect on his current term of supervised release. At this time we see no collateral consequences from the challenged disciplinary action and resulting amended release date. See O'Neil v. United States, 966 F.3d 764, 770 n.4 (8th Cir. 2020), cert. denied, 141 S. Ct. 1419 (2021) (release from imprisonment rendered habeas claim moot where claim challenged sentence, as there were no collateral consequences after release); cf. United States v. Johnson, 529 U.S. 53, 54-59 (2000) (supervised release begins when prisoner is released from prison; excess prison time served cannot offset term of supervised release).

Accordingly, the appeal is dismissed.

_____

_____

[1]The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota.